**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRIAN KERZETSKI,

    Plaintiff

v.

JEREMY BEAN, et al.,

    Defendants

Case No.: 2:25-cv-00594-APG-BNW

**Order (1) Granting Motion to Withdraw ECF No. 4 and (2) Denying Motion to Expedite**

[ECF Nos. 3, 4, 5]

I ORDER that plaintiff Brian Kerzetski's motion to withdraw his motion to expedite at ECF No. 4 **(ECF No. 5) is GRANTED**.  The clerk of court is instructed to terminate ECF No. 4 as a pending motion.

I FURTHER ORDER that plaintiff Brian Kerzetski's motion to expedite **(ECF No. 3) is DENIED**.  Kerzetski's complaint has not been screened, so the defendants have not appeared in this case or had an opportunity to respond.  Additionally, this matter is set for an inmate early mediation conference on April 24, 2026 in conjunction with another Kerzetski case. ECF No. 6. If the parties settle, that may moot Kerzetski's motion for injunctive relief at ECF No. 1-4.

DATED this 19th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE